UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAY H. SHIDLER,

                          Plaintiff,

              - against -

ACF L1-M, LLC,

                          Defendant.

---

26-cv-4708 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to submit a Rule 26(f) report by **July 14, 2026.**

SO ORDERED.

Dated:     New York, New York
           June 30, 2026

                                        _____
                                              John G. Koeltl
                                        United States District Judge