**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JAY H SHIDLER,**

**Plaintiff,**

**- against -**

**ACF L1-M, LLC,**

**Defendant.**

---

**26-cv-4708 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The time for the plaintiff, Mr. Shidler, to file a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) and to dismiss the counterclaims of the defendant/counterclaimant, ACF L1-M, LLC ("Arden"), pursuant to Federal Rule of Civil Procedure 12(b)(6) is **August 3, 2026**. The time for Arden to respond to the motion is **September 2, 2026**. The time for Shidler to reply is **September 17, 2026**.

Shidler's motion to stay discovery until the above-described motions are decided is **granted without prejudice** to any subsequent application to take limited discovery to preserve evidence.

The Clerk is respectfully requested to close ECF Nos. 24, 25, and 27.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 23, 2026**

**John G. Koeltl**
**United States District Judge**